Peter R. Afrasiabi, Esq. (Bar No. 193336)
   pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar No. 200767)
   carledge@onellp.com
Ian H. Gibson, Esq. (Bar No.273444)
   igibson@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660

Attorneys for Plaintiff
William Beem

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BEEM, an individual, | Case No. **SACV11-469 JVS(JCx)** |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | **DEMAND FOR JURY TRIAL** |
| ALLVOICES, INC., a Corporation; and DOES 1-10 INCLUSIVE, | |
| Defendants. | |

**By Fax**

William Beem ("Beem"), by and through his attorneys of record, complains against AllVoices, Inc. ("AllVoices"), and DOES 1 through 10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1.  This is a civil action against Defendants for copyright infringement in breach of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

18530.1

COMPLAINT

1

2. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3. Plaintiff Beem is an individual residing in Sanford, Florida.

4. AllVoices, Inc. is a corporation incorporated in Delaware with its principal place of business and headquarters in San Francisco, California.

5. AllVoices, Inc. owns and operates www.AllVoices.com (the "Website").

6. AllVoices, Inc. has not registered and has not designated an agent with the Copyright Office under the Digital Millennium Copyright Act.

7. The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

8. Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## FACTS COMMON TO ALL COUNTS

9. Beem is a photographer and blogger based in Central Florida. He shares his stunning photography and detailed photography tutorials with the public-at-large via www.WilliamBeem.com. Beem frequently finds interesting subject matter in and around Central Florida to capture and publish.

10. Despite having no permission, consent, or license to do so, on or around February 4, 2011, AllVoices reproduced, publicly distributed and publicly displayed on its

website a certain photograph belonging to Beem: a photo of musician Mark Karan performing on stage at The Social in Orlando, Florida owned by Beem and shot around November 10, 2010 and attached hereto as Exhibit 1 (the "Photo").

11. Beem filed for copyright registration of the Photo within 90 days of its authorship and first publication, and the certificate of registration for this photo is attached hereto as Exhibit 2.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501 Against All Defendants)

12. Plaintiff Beem incorporates here by reference the allegations in paragraphs 1 through 11 above.

13. Beem is the owner of all rights, title and interest in the copyrights to the Photo, which substantially consists of material wholly original with Plaintiff and which is proper copyright subject matter under the laws of the United States. Beem has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. The Photo has been timely registered with the United States Copyright Office.

14. Defendants, including DOE Defendants and AllVoices' principals whose full identity is not known today, have directly, vicariously and/or contributorily infringed, and unless enjoined, will continue to infringe Beem's copyrights by reproducing, displaying, distributing and utilizing the Photo for purposes of trade in violation of 17 U.S.C. § 501 *et seq.* A screenshot of the infringing use is attached hereto as Exhibit 3.

15. On information and belief, Defendants have willfully infringed, and unless enjoined, will continue to infringe Beem's copyrights by knowingly reproducing, displaying, distributing and utilizing the Photo for purposes of trade.

16. Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Photo for purposes of trade, including by increasing the traffic to Defendants' websites and, thus, increasing the advertising fees realized.

17. The Defendants' acts are and were performed without the permission, license or consent of Beem.

18. The wrongful acts of Defendants have caused, and are causing, great injury to Beem, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Beem will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Beem seeks a declaration that Defendants are infringing Beem's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Beem's copyrights.

19. Because of the willful nature of the copyright infringement and the timely registration, Beem is entitled to an award of statutory damages equal to $150,000 per infringement.

20. Beem has identified at least one instances of infringement on the Website by way of the unlawful reproduction and display of the Photo and is therefore entitled to an award of $150,000 in statutory damages by Defendant AllVoices.

21. Beem is also entitled to its attorney's fees in prosecuting this action under 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoyed from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Beem's rights in the Photo.

18530.1

4

**COMPLAINT**

2. Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3. An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4. Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: March 23, 2011

**ONE LLP**

By: *(signature)*
Ian H. Gibson, Esq.
Attorneys for Plaintiff,
William Beem

## DEMAND FOR JURY TRIAL

Plaintiff William Beem hereby demands trial by jury of all issues so triable under the law.

Dated: March 23, 2010

                     **ONE LLP**

                     By: _____
                         Ian H. Gibson, Esq.
                         Attorneys for Plaintiff,
                         William Beem

# Exhibit 1



Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-046-352**

**Effective date of registration:**

November 11, 2010

## Title
- **Title of Work:** 2010_Q4 Concert Photos_1

## Completion/Publication
- **Year of Completion:** 2010

## Author
- **Author:** William R Beem
- **Author Created:** photograph(s)
- **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** William R Beem
  177 Wood Ridge Trail, Sanford, FL, 32771, United States

## Rights and Permissions
- **Name:** William R Beem
- **Email:** william@beem.us          **Telephone:** 407-374-9077
- **Address:** 177 Wood Ridge Trail
  Sanford, FL 32771 United States

## Certification
- **Name:** William R Beem
- **Date:** November 11, 2010

Page 1 o

**Registration #:** VAU001046352

**Service Request #:** 1-517879601



William R. Beem
177 Wood Ridge Trail
Sanford, FL 32771 United States

Exhibit 3












# Mark Karan

News Stories: 8 | Blog Posts: 9 | Videos: 9 | Images: 82 | Comments: 0

Add related content for Mark Karan
News Stories | Blogs | Images | Videos | Comments

**RELATED PEOPLE TO MARK KARAN**

Bob Weir

Delaney Bramlett

Mark karan Twitter
**The latest Tweets about Mark Karan**

wbeem AllVoices.com stole my photo of Mark Karan performing in Orlando.
2 days ago

ReliXMag Eric Krasno & Chapter 2, Mark Karan and The Jamaica Horns Join Gov't Mule's Island Exodus :: http://bit.ly/gQlzeo
4 days ago

wbeem @ShotLivePhoto OK, found a shot of Mark Karan, but it's form Bob Minkin.
2 days ago

wbeem @ishotyourband @ShotLivePhoto Hey, what do you know. They link to my blog as the first item from the Mark Karan profile.
2 days ago

wbeem @ishotyourband @ShotLivePhoto Got 'em! Found my photo of Mark Karan from Orlando - and it's registered!
2 days ago

Join the conversation

BACK    34 of 48    Like   0    VIEWS: 147   NEXT ▶

Mark Karan

## Mark Karan's Biography

Mark Karan is an American guitarist and singer, best known for his ongoing work with

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
William Beem

**DEFENDANTS**
AllVoices, Inc.; DOES 1-10 Inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

ONE LLP
4000 MacArthur Blvd., West Tower, Suite 1100
Newport Beach, CA 92660    Tel: 949-502-2870

**Attorneys** (If Known)

By Fax

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ To be determined.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S. Copyright Act, 17 U.S.C. §§ 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**    Case Number: **SACV11-469 JVS(JCx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California, or Foreign Country |
|---|---|
|  | Florida |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | San Francisco County |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_ **Date** March 24, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

**SACV11- 469 JVS (JCx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

### NOTICE TO COUNSEL

A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).

Subsequent documents must be filed at the following location:

| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Ian H. Gibson, Esq.
ONE LLP
4000 MacArthur Blvd., West Tower, Suite 1100
Newport Beach, CA 92660
Tel: 949-502-2870

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| William Beem, an individual, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV11-469 JVS(JCx) |
| v. | |
| AllVoices, Inc., a Corporation; and DOES 1-10 Inclusive, | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): AllVoices, Inc.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Ian H. Gibson, Esq. _____, whose address is ONE LLP, 4000 MacArthur Blvd., West Tower, Suite 1100, Newport Beach, CA 92660. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAR 24 2011__          By: _Nancy Castro_
                                      Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                          SUMMONS