1   David S. Bloch (SBN: 184530)
    dbloch@winston.com
2   WINSTON & STRAWN LLP
    101 California Street
3   San Francisco, CA  94111-5802
    Telephone:     (415) 591-1000
4   Facsimile:     (415) 591-1400

5   Peter E. Perkowski (SBN: 199491)
    pperkowski@winston.com
6   333 South Grand Avenue
    Los Angeles, CA  90071-1543
7   Telephone:     (213) 615-1700
    Facsimile:     (213) 615-1750

8
    Attorneys for Defendants
9   ALLVOICES, INC. and

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12  WILLIAM BEEM,                    )   **Case No. SACV11-469 JVS (JCx)**
                                     )
13  Plaintiffs,                      )   **Hon. James V. Selna**
                                     )
14  v.                               )
                                     )   **ANSWER AND DEFENSES**
15  ALLVOICES, INC.; and             )
    DOES 1-10 INCLUSIVE.             )
16                                   )   Complaint Filed:        March 24, 2011
                                     )
17  _____)

18       Allvoices answers the Complaint as follows:

19                          **ANSWER**

20       1.      Allvoices admits that this is an action for copyright infringement but denies that any

21  infringement has occurred. Allvoices admits that this Court has subject matter jurisdiction over

22  copyright infringement actions but denies that venue is proper in this jurisdiction.

23       2.      Allvoices lacks enough information to admit or deny the allegations and therefore

24  denies the allegations.

25       3.      Allvoices lacks enough information to admit or deny the allegations and therefore

26  denies the allegations.

27       4.      Admit.

28       5.      Admit.

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

1

6.    Deny.

7.    Allvoices lacks enough information to admit or deny the allegations and therefore denies the allegations.

8.    Allvoices lacks enough information to admit or deny the allegations and therefore denies the allegations.

9.    Allvoices lacks enough information to admit or deny the allegations and therefore denies the allegations.

10.   Allvoices admits that at one point in time, Exhibit 1 was accessible from the Allvoices website.  Allvoices lacks enough information to admit or deny the remaining allegations and therefore denies them.

11.   Exhibit 2 speaks for itself.  Allvoices lacks enough information to admit or deny the remaining allegations and therefore denies them.

12.   Allvoices incorporates its responses above.

13.   Allvoices lacks enough information to admit or deny the allegations and therefore denies the allegations.

14.   Allvoices lacks enough information to admit or deny the allegations and therefore denies the allegations.

15.   Deny.

16.   Deny.

17.   Allvoices admits that it did not seek permission from Mr. Beem for any purpose. Allvoices lacks enough information to admit or deny the remaining allegations and therefore denies them.

18.   Deny.

19.   Deny.

20.   Deny.

21.   Deny.

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

2

**DEFENSES**

Allvoices asserts the following defenses, without regard to whether they are "affirmative" defenses or matters as to which the Plaintiff has the burden of proof.

1.      Plaintiff's Complaint fails to state a cause of action.

2.      This court is not a proper venue for this action.

3.      Allvoices did not engage in any volitional conduct constituting copyright infringement.

4.      Plaintiff's claims are barred by the First Amendment to the United States Constitution.

5.      Plaintiff's claims are barred by consent, waiver, acquiescence, license, and estoppel.

6.      Plaintiff's claims are barred by its failure to mitigate damages.

7.      Plaintiff's claims are barred by the doctrine of fair use.

8.      Plaintiff's claims are barred by the equitable doctrine that the law does not concern itself with trivial matters (commonly known as *de minimis non curat lex*).

9.      Plaintiff's claims are barred to the extent Allvoices is an innocent infringer.

10.      Plaintiff's claims for statutory damages are barred or limited by the United States Constitution.

Executed:  May 31, 2011                              Respectfully submitted,

                                                             /s/ Peter Perkowski
                                                          Peter E. Perkowski
                                                          David S. Bloch
                                                          WINSTON & STRAWN LLP

                                                          Attorneys for Defendant
                                                          ALLVOICES, INC.

SF:310828.1

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802