David S. Bloch (SBN: 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Peter E. Perkowski (SBN: 199491)
pperkowski@winston.com
333 South Grand Avenue
Los Angeles, CA  90071-1543
Telephone:     (213) 615-1700
Facsimile:      (213) 615-1750

Attorneys for Defendants
ALLVOICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BEEM, | Case No. SACV11-469 JVS (JCx) |
| Plaintiffs, | Hon. James V. Selna |
| v. | |
| ALLVOICES, INC.; and DOES 1-10 INCLUSIVE. | **NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Allvoices, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Allvoices, Inc. | Party |
| Datran Media LLC | Privately held parent company to Allvoices, Inc. |

Executed:  May 31, 2011

Respectfully submitted,

 /s/ Peter Perkowski
Peter E. Perkowski
David S. Bloch
WINSTON & STRAWN LLP

Attorneys for Defendant
ALLVOICES, INC.

SF:310886.1

NOTICE OF INTERESTED PARTIES

1