Christopher Arledge (Bar No. 200767)
carledge@onellp.com
Ian H. Gibson (Bar No. 273444)
igibson@onellp.com
ONE LLP
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff, William Beem

David S. Bloch (Bar No. 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Peter E. Perkowski (Bar No. 199491)
pperkowski@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant, Allvoices, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BEEM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ALLVOICES, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. SACV 11-469-JVS (JCx)<br><br>**NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH] |

19840.1

PLEASE TAKE NOTICE that the parties have reached a settlement-in-principle in the above-captioned case.

Accordingly, in light of the parties' pending settlement, the parties hereby request through their respective counsel of record that the Court stay all future deadlines and appearances in this action. The purpose of the stay is to allow the parties to finalize drafting the settlement agreement and obtain necessary signatures.

When the settlement documentation is finalized, Plaintiff will file a Request for Dismissal. The parties expect to do this within 30 days.

Dated: November 4, 2011          **ONE LLP**

By:   /s/ Ian H. Gibson
      Ian H. Gibson
      Attorneys for Plaintiff William Beem

Dated: November 4, 2011          **WINSTON & STRAWN LLP**

By:   /s/ David S. Bloch
      David S. Bloch
      Attorney for Defendant Allvoices, Inc.