JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Beem,<br><br>        Plaintiff,<br><br>   v.<br><br>Allvoices, Inc.,<br><br>        Defendant(s).<br>_____ | SACV 11-00469 JVS (JCx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   November 9, 2011

_____
James V. Selna
United States District Judge